May 2, 2015

In RE: Writ of Habeas : WR-55,678-05
Tr. Ct. No. W-22925-B-1

Paul Gerik #1808175
Allred Unit
2101 FM 369 N.
Iowa Park, Tex.
76367

55,678-05

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk

TO: Abel Acosta, Clerk
Court of Criminal Appeals.

Dear Sir:

I was wondering if there's been any action taken on the above numbered writ ??

From April 10th to April 15th, 2015, I was gone from this unit to undergo medical procedures. When that happens, one's mail is forwarded to the trail of units he went to during his journey for the medical procedure. Therefore, the mail is delayed, damaged, possibly lost.

The reason this is pertinent is because I'm operating under the A.E.D.P.A, and it is vital that I keep up with the time expired. Therefore I need to know if any action was taken on my writ during the afore-mentioned dates. Or if any notice was sent to me on the afore-mentioned dates.

Your help in this matter is greatly appreciated.

Sincerely,

Paul Gerik